JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SAIF A. A.D., <br>       Plaintiff, <br> v. <br> MARTIN J. O'MALLEY, <br> Commissioner of Social Security, <br>       Respondent. | No. 8:23-cv-00842-MCS-BFM <br><br> **JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Commissioner's denial of benefits is reversed, and this matter is remanded, pursuant to sentence four of 42 U.S.C. § 406(g).

DATED: June 20, 2024

*Mark C. Scarsi*
HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE