UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| Saif Ala Al Deen,<br><br>    Plaintiff,<br><br>vs.<br><br>Martin O'Malley,<br>Commissioner of Social Security,<br><br>    Defendant. | Case: 8:23-cv-00842-MCS-BFM<br><br>**ORDER ON STIPULATION AWARDING EAJA FEES (ECF No. 23)** |

Based upon the parties' Stipulation for Award of EAJA Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. §2412(d) ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of nine thousand four hundred and thirty dollars [$9430.00], subject to the terms of the Stipulation.

IT IS ORDERED that EAJA fees are awarded to Plaintiff in the amount of $9430.00, subject to any federal debt owed by the Plaintiff. If the Department of the Treasury determines that Plaintiff does not owe a federal debt, the government shall cause the payment of fees be made directly to Eddy Pierre Pierre and/or Pierre Pierre Law, P.C., pursuant to the Assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

Dated: September 23, 2024

*[signature: Mark C. Scarsi]*
_____
Mark C. Scarsi
United States District Judge